

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00133-CV

ANTHONY DELEON, Appellant

V.

ANGELA VILLAREAL AND ROBERT
MILLER, Appellees

§ On Appeal from the 352nd District Court

§ of Tarrant County (352-303932-18)

§ January 9, 2020

§ Opinion by Justice Kerr

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant Anthony Deleon shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
        Justice Elizabeth Kerr